DOA: 11/13/25

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Christopher Trejo | CRIMINAL COMPLAINT<br><br>CASE NUMBER:  25-6480MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. §§ 922(g)(1) and 924(a)(8), and 18 U.S.C. §§ 922(o) and 924(a)(2), offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent for the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: Patrick E. Chapman, AUSA

*Patrick E. Chapman* — Digitally signed by Patrick E. Chapman
Date: 2025.11.15 17:33:40 -07'

SA Jesse Jennings, FBI
Name of Complainant

JESSE JENNINGS — Digitally signed by JESSE JENNINGS
Date: 2025.11.15 17:27:1 -07'00'

Signature of Complainant

Sworn to telephonically before me

November 15, 2025@6:07pm           at   Phoenix, Arizona
Date                                                    City and State

HONORABLE ALISON S. BACHUS
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# ATTACHMENT A
# DESCRIPTION OF COUNTS
## COUNT 1

**Felon in Possession of a Firearm**

On or about November 13, 2025, in the County of Maricopa within the District of Arizona, Defendant CHRISTOPHER TREJO, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: one (1) Glock 22C, .40 caliber pistol bearing serial number AAH446, which had previously been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2

**Possession or Transfer of a Machinegun**

On or about November 13, 2025, in the County of Maricopa within the District of Arizona, Defendant CHRISTOPHER TREJO, did knowingly possess a machinegun, that is, machinegun conversion devices, parts commonly known as "Glock switches," which are designed and intended solely and exclusively for use in converting a firearm into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## ATTACHMENT B
## STATEMENT OF PROBABLE CAUSE

I, Jesse Jennings, being duly sworn, declare and state as follows:

### INTRODUCTION AND BACKGROUND OF AFFIANT

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since December 2021. Prior to becoming a Special Agent, I attended the FBI Academy in Quantico, Virginia. While at the FBI Academy, I received formal training in investigative techniques, drug identification, and the laws pertaining to drug investigations. I also received on-the-job training from supervisors, senior agents, and detectives regarding drug trafficking.

2. Prior to being employed with the FBI, I was employed as an Assistant County Attorney with the County of Waseca in the State of Minnesota for approximately two and a half years. During that time, I prosecuted and participated in numerous investigations into controlled substance and firearm offenses as well as violent crimes.

3. I am currently assigned to the FBI Violent Street Gang Task Force ("VSGTF") in Phoenix, Arizona. The VSGTF is dedicated to conducting large-scale criminal investigations targeting gang enterprises, gang members, and their associates.

4. As a member of the VSGTF, I have participated in the execution of search and seizure warrants for premises and vehicles used by gang members and associates to further illicit activity. Materials searched and recovered in these locations have included: controlled substances, packaging materials, scales, cutting agents, weapons, ammunition, documents reflecting the identity of co-conspirators, indicia of occupancy, cellular telephones and similar electronic devices, ledgers, pay/owe sheets, receipts for concealed investments and proceeds derived from the distribution of controlled substances. During the investigations, I have also participated in interviewing witnesses, subjects, and cooperating sources regarding gang activity, organization, and status. I have read official reports of similar interviews by other investigators. I have participated in surveillance

operations, observing and recording movements of gang members and associates as they conduct illegal activity, including drug and firearms transactions and money transfers.

5.   In preparing this Statement of Probable Cause, I conferred with other law enforcement officials who share the opinions and conclusions stated herein. I have personal knowledge of the following facts or have learned them from other law enforcement officers. I have also relied on my training, experience, and background in law enforcement to evaluate this information. Since this Statement of Probable Cause is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included all facts or sources of information establishing the violation of federal law.

6.   Based on the facts set forth below, there is probable cause that Christopher Trejo ("Trejo") committed violations of 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm, and 18 U.S.C. § 922(o), Possession or Transfer of a Machinegun.

## **PROBABLE CAUSE**

7.   On November 13, 2025, Detectives with the Chandler Police Department ("CPD") arrested Christopher Trejo for a shoplifting incident at a Walmart located in Chandler, Maricopa County, Arizona. The shoplifting incident occurred the previous day, on November 12, 2025.

8.   In the shoplifting incident, surveillance footage showed Trejo and his girlfriend, Joslynn Thomas, removing items from their original packaging and concealing them in Trejo's pants. Trejo concealed a five pack of white shirts in his pants and Thomas opened a white fabric marker, which she provided to Trejo, who then concealed the item as well. Trejo and Thomas passed all points of sale and ignored loss prevention when confronted. Outside the store, Trejo appeared to remove a temporary license plate from the vehicle – a white Mercedes coupe – he and Thomas were traveling in. Notably, video surveillance from the shoplifting incident showed the apparent grip of a firearm protruding from Trejo's pants pocket. See photograph of still image below.



9. CPD Detectives used still frame photographs from surveillance footage during the shoplifting incident, ran them through facial recognition software, and identified Trejo as a suspect. CPD Detectives then physically located Trejo on November 13, 2025 at approximately 2:54 p.m. and initiated surveillance on him.

10. From that time on, during constant surveillance on Trejo and Thomas, Detectives observed Trejo driving a 2011 black BMW coupe ("Black BMW") bearing Arizona license plate T9A1EY with Thomas in the passenger seat. Trejo and Thomas drove to a third-party Arizona Motor Vehicle Division ("MVD") business in Mesa, Arizona. During surveillance, Detectives saw Trejo possessing a distinctive black Nike backpack with white markings along with a matching black lunchbox. Detectives witnessed Trejo holding both the backpack and lunchbox and appeared to be manipulating items inside of

them before placing the bags back into the Black BMW. Detectives also saw Trejo standing near the driver's side door of the Black BMW and manipulating what was believed to be a gun box inside of the vehicle. Trejo and Thomas both exited the Black BMW and entered the business. Shortly thereafter, Trejo and Thomas left the business and again entered the Black BMW with Trejo driving. Detectives once again kept constant surveillance on the vehicle.

11. The Black BMW arrived at an apartment complex in the area of Dobson Road and Keating Avenue in Mesa, Arizona. Detectives then witnessed Trejo remove a tarp on a 2012 white Mercedes coupe ("White Mercedes") believed to be the one used in the initial shoplifting incident. Trejo drove the White Mercedes and Thomas drove the Black BMW back to the same MVD business. Again, Trejo and Thomas entered the business; however, this time, Thomas went back to the Black BMW while Trejo began to a driving test in the White Mercedes. Thomas entered the Black BMW and drove off. Constant surveillance was conducted on both Trejo and Thomas and at no point was Thomas seen in possession of the backpack or lunchbox or manipulating the backpack or lunchbox after Trejo was previously seen placing them inside of the Black BMW.

12. A traffic stop was then conducted on the Black BMW for making an illegal wide left turn. During the traffic stop, Thomas stated she was just stopping at the gas station. Upon further questioning, Thomas consented to a search of the vehicle. Prior to the search, Thomas told detectives there might be a gun in the car. Thomas also stated that prior to the traffic stop, she was with Trejo and they were going to the MVD to get his driver's license.

13. During the search of the Black BMW, Detectives found a firearm inside of the same black Nike backpack detectives observed Trejo possessing prior to the Black BMW departing. The firearm was identified as a Glock 22C, .40 caliber bearing serial number AAH446. I am aware that Glock firearms are manufactured in Smyrna, Georgia and thus such firearms would travel in interstate commerce to reach Arizona. Next to the backpack, in a lunchbox that appeared to be the same lunchbox Detectives saw Trejo

possessing, CPD Detectives found approximately 9.2 grams of suspected fentanyl powder, approximately 20 grams of suspected cocaine, 2 suspected fentanyl pills, and six suspected machine gun conversion devices, or "Glock switches." Detectives also found a digital scale and plastic baggies in the same lunch box. Your Affiant is aware that these items, combined with narcotics, are indicative of drug sales.

14. Further, as a Special Agent with the FBI, I am familiar with machinegun conversion devices, sometimes known as "Glock switches." Such items are designed solely to convert a semi-automatic firearm into a fully automatic firearm. The device thus enables the firearm to fire more than one round by a single function of the trigger, qualifying as a "machinegun" pursuant to 26 U.S.C. § 5845(b). Unless registered, machineguns are illegal and possession or transfer of them is a violation of 18 U.S.C. § 922(o).

15. When interviewed, Thomas claimed the backpack belonged to Trejo, consistent with what CPD Detectives had observed. During a consensual search of Thomas's cellular phone, numerous pictures of Trejo possessing firearms such as automatic rifles, shotguns, and handguns were observed. During this time, Thomas was confronted about items seen in her cellphone and admitted she was aware Trejo sold firearms and illicit substances to include "molly" (MDMA) and cocaine. Furthermore, CPD Detectives observed evidence that Trejo was involved in the sale of illegal substances and receiving money in return through CashApp. Specifically, during the search of Thomas's phone, Detectives observed that Thomas received multiple CashApp transactions for payments to include "powder," "points," and "gas." Your Affiant is aware that these terms are known street terminology for the sale of illegal drugs to include cocaine, fentanyl powder, and marijuana.

16. Shortly after the traffic stop on the Black BMW, a traffic stop was conducted on Trejo in the White Mercedes for the shoplifting incident. During a post-*Miranda* interview, Trejo admitted to shoplifting at Walmart the day prior; however, Trejo denied

involvement in any other crime. Trejo was subsequently booked into the Chandler Gilbert Holding Facility and charged with shoplifting.

17. Trejo has a prior felony conviction in 2025 in the State of Nebraska for Conspiracy to Commit a Felony in the State of Nebraska. The conspiracy involved a homicide in which Trejo was the driver. As a result, Trejo was sentenced to eight years in the Nebraska Department of Correctional Services. Trejo is currently on parole in the State of Arizona for the Nebraska conviction.

18. Based on the facts and circumstances stated in this Statement of Probable Cause, Your Affiant submits there is probable cause to believe that Christopher Trejo, committed the offenses alleged in the Complaint.

JESSE JENNINGS
Digitally signed by JESSE JENNINGS
Date: 2025.11.15 17:27:5 -07'00'

Jesse Jennings, Special Agent
Federal Bureau of Investigation

Subscribed electronically and sworn telephonically this  15th  day of November, 2025.

HONORABLE ALISON S. BACHUS
United States Magistrate Judge